UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| TRI-CORP HOUSING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-CV-216-JPS |
| vs. | ) | |
| | ) | |
| ROBERT BAUMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DISCLOSURE STATEMENT**

The undersigned, counsel of record for Tri-Corp Housing, Inc., furnishes the following list in compliance with General Local Rule 7.1:

(a)(1) The following is a list of every party represented by the undersigned counsel in this matter:

TRI-CORP HOUSING, INC.

(a)(2) One party listed above is a corporation.

(a)(3) The following is a list of all law firms whose partners and associates appear for a party or are expected to appear for a party in this Court:

MACHULAK, ROBERTSON & SODOS, S.C.

This certificate is being served and filed in response to the Notice of Removal filed by the Third-Party Defendant, Robert Bauman.

Dated this 11th day of May, 2012.

    MACHULAK, ROBERTSON & SODOS, S.C.
    Attorneys for Tri-Corp Housing, Inc.

    */s/ John E. Machulak*
    John E. Machulak
    State Bar No. 1018350

**Post Office Address:**
1733 North Farwell Avenue
Milwaukee, Wisconsin 53202
(414) 271-0760