UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRI-CORP HOUSING, INC,

    Plaintiff,

    v.    Case No. 12-C-216

ROBERT BAUMAN, ALDERMAN

    Defendant.

_____

## DEFENDANT'S MOTION TO EXCLUDE TESTIMONY BY MICHAEL BREVER ON DAMAGES

Pursuant to Fed. R. Evid. 701 and 702, the defendant, Robert Bauman, hereby moves to exclude the testimony of Michael Brever with respect to damages for loss of property value, loss of revenue and loss of reputation of the plaintiff, Tri-Corp Housing, Inc. This motion is based upon the pleadings and filings herein, together with the accompanying affidavit of undersigned counsel and the accompanying memorandum of law.

Dated and signed at Milwaukee, Wisconsin 11th day of January, 2013.

|  |  |
|---|---|
|  | GRANT F. LANGLEY |
| P.O. ADDRESS: | City Attorney |
| 800 City Hall |  |
| 200 East Wells Street | s/JAN A. SMOKOWICZ |
| Milwaukee, WI 53202 | Assistant City Attorney |
| (414) 286-2601 | Attorneys for Defendant |
|  | Robert Bauman |

1033-2008-967.003:188125