UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

TRI-CORP HOUSING, INC,

    Plaintiff,

    v.                                 Case No. 12-C-216

ROBERT BAUMAN, ALDERMAN

    Defendant.
_____

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

    Pursuant to Fed.R.Civ.P. 56, the defendant, Robert Bauman, hereby moves for summary judgment, dismissing the plaintiff's claims against him with prejudice and with costs. This motion is based upon the pleadings and filings herein, together with the accompanying affidavits, and the accompanying memorandum of law.

    Dated at Milwaukee, Wisconsin this 1st day of March, 2013.

                                                                GRANT F. LANGLEY
                                                                City Attorney

P.O. ADDRESS:                                  s/JAN A. SMOKOWICZ
800 City Hall                                       Assistant City Attorney
200 East Wells Street                    Attorneys for Defendant
Milwaukee, WI 53202
(414) 286-2601
Facsimile: (414) 286-8550
jsmoko@Milwaukee.gov

1033-2008-967.003:189808