# ATTACHMENT C

State of Wisconsin : Circuit Court

Milwaukee County

_____

## WHEDA v. Tri-Corp Housing

07 CV 13965



Videotape Deposition of

**Robert Bauman**

Recorded 12/08/2008 in Milwaukee, WI

09:43 a.m. - 11:53 a.m., 119 mins. elapsed

_____

## Magne-Script

(414) 352-8450

1 city actually works.  There is a lot of due process

2 involved with any of these decisions involving land

3 use, because they are vested rights and they're rights

4 that we are highly respectful of.  That doesn't mean I

5 can't have an opinion on the matter based on facts

6 I've acquired from representing my constituents and

7 stakeholders.

8    MR. MACHULAK:  Off the record a minute.

9    REPORTER:  Off the record.

10    (Off the record 11:10 - 11:11)

11    REPORTER:  We're back on the record.

12 BY MR. MACHULAK:

13 Q Did you ever -- do you recall any of your

14  conversations, if you had any, with brokers for

15  Tri-Corp in the last four months?

16 A Maybe.

17 Q You don't...

18 A I have no specific recollection of.  I get calls

19  from brokers all the time about all sorts of

20  properties along just these lines, "What would

21  you contemplate here?  What would you consider

22  there?  What are you looking to have happen at

23  this location?"  So I don't have any specific

24  recollection.

25 Q I want to back you up a few months here.  I'm

1        showing you what has been marked as Exhibit No.

2        9.

3   A   Okay.

4   Q   Can you tell me what that is?

5           (Exhibit 9 identified)

6   A   Notes.

7   Q   Of yourself?

8   A   That's my handwriting.

9   Q   And what do those notes reflect?

10   A   Reflects that I had a conversation with Antonio

11       Riley.  Reflects that apparently it was brought

12       to my attention that Tri-Corp was in default on

13       its mortgage.  Discussion about a possible

14       meeting on strategy.  "Bring in Heartland Housing

15       to operate and wind down facility."  That might

16       have been my idea.  I'm not sure I was told that.

17       I might have been -- my making a notation to

18       myself, "Well, here's an option."  Receivership.

19       Again, it might have been my own notation to

20       myself as one -- like thinking out loud

21       basically.

22   Q   To put things in context, what's the date of the

23       notes?

24   A   August 8th, 2007.

25   Q   And this was -- that was of a phone conversation?

Case 2:12-cv-00216-CNC   Filed 03/01/13   Page 4 of 4   Document 19-3