UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**TRI-CORP HOUSING, INC.,**

        **Plaintiff,**  Case No. 12-C-216

**vs.**

**ROBERT BAUMAN**

        **Defendant.**
_____

### NOTICE OF APPEAL
_____

Notice is hereby given that Tri-Corp Housing, Inc., the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order entered in this action on the 22nd day of January, 2014, titled "Order Granting Defendant's Motion for Summary Judgment on Plaintiff's § 1983 Claim (Doc. 15), Declining to Exercise Supplemental Jurisdiction over Plaintiff's State Law Claims, and Remanding Case to Milwaukee County Circuit Court" as well the previous and any subsequent orders and judgments of the district court.

The district court's January 22, 2014, order, which granted the defendant summary judgment dismissing the plaintiff's federal claims and remanded the state laws claims, is the final order of the district court in this matter. Previously, on July 15, 2013, the district court granted the defendant's motion to exclude testimony by Michael Brever on damages in a ruling from the bench and on January 14, 2014, the district court denied the plaintiff's oral motion to amend its complaint in a ruling from the bench. The plaintiff appeals these non-final orders as part of its appeal of the final order entered by the district court on January 22, 2014.

Dated this 18th day of February, 2014.

>Respectfully submitted,
>
>MACHULAK, ROBERTSON & SODOS, S.C.
>
>
>  /s/ *John E. Machulak*
>John E. Machulak
>State Bar No. 1018350
>Attorney for Plaintiff  Tri-Corp Housing, Inc.

**Mailing Address:**
1733 North Farwell Avenue
Milwaukee, Wisconsin   53202
machulak@lawmessage.com
(414) 271-0760